# EXHIBIT A

Matt Ehling
President
The Forum for Constitutional Rights (FCR)
1539 Grand Ave.
St. Paul, MN 55105

January 19, 2026

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, SW, Stop 5009
Washington, DC 20536-5009
email@uscis.gov

Via U.S. Post and electronic mail

**RE: Freedom of Information Act request**

Dear FOIA official,

FCR is submitting this request (the "Request") to your agency under 5 U.S.C. § 552, the "Freedom of Information Act." Through this Request, FCR is seeking copies of the following records maintained by your agency:

1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation");

2. Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations;

3. Any and all records that document rules of engagement and/or use of force to be used during the Operation;

4. Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders;

5. Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops;

6. Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation;

7. Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation;

8. Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation;

9. Any and all correspondence created, transmitted and/or received by John Condon, Acting Executive Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

10. Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, on January 6-19, 2026;

11. Any and all correspondence created, transmitted and/or received by Kristi Noem, Secretary of the U.S. Department of Homeland Security, on January 6-19, 2026;

12. Any and all correspondence created, transmitted and/or received by Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

13. Any and all correspondence created, transmitted and/or received by David Easterwood, Acting Director of the St. Paul Field Office of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

14. Any and all incident reports or similar records created between January 6-19, 2026 that document:

      a) the detention and/or arrest of individuals during the Operation;

      b) the use of force by federal personnel during the Operation;

c) other encounters between federal personnel and individuals during the Operation.

Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Items 9-13, which specifically seek correspondence.

In order to help you determine FCR's status for the purpose of assessing fees, you should know that this Request is made as part of news gathering, and is not for commercial use. Responsive files will be shared with researchers, journalists, and the public, and will not be licensed for profit.

FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States.

If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law.

I am FCR's representative for the purposes of managing the Request, and can be contacted at 651-556-1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request.

Sincerely,

/s/Matt Ehling
President, The Forum for Constitutional Rights

# EXHIBIT B

## Freedom of Information Act Request



| | |
|---|---|
| **From** | <info@forumforconstitutionalrights.com> |
| **To** | <email@uscis.gov> |
| **Date** | 2026-01-19 07:54 |

📄 FCR FOIA request 011926.pdf (~69 KB)

Good morning,

Please find attached a Freedom of Information Act Request submitted by The Forum For Constitutional Rights (FCR).

I am FCR's representative for managing the Request, and can be contacted with any questions about it at 651–556–1381, at this e–mail address, or via U.S. Post at:

Forum for Constitutional Rights
1539 Grand Ave
St. Paul, MN 55105

A copy of this Request has also been sent to your agency via U.S. Post.

Sincerely,

Matt Ehling
President, FCR

# EXHIBIT C

**USPS Tracking**®

Tracking / FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

✕



We were unable to deliver your package at 12:38 pm on January 24, 2026 in WASHINGTON, DC 20536 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

WASHINGTON, DC 20536
January 24, 2026, 12:38 pm

WASHINGTON, DC 20018
January 24, 2026, 11:49 am

WASHINGTON DC DISTRIBUTION CENTER
January 24, 2026, 8:25 am

WASHINGTON DC DISTRIBUTION CENTER
January 24, 2026, 6:33 am

WASHINGTON DC DISTRIBUTION CENTER
January 24, 2026, 3:36 am

WASHINGTON DC DISTRIBUTION CENTER
January 24, 2026, 1:57 am

PHILADELPHIA PA DISTRIBUTION CENTER
January 23, 2026, 6:44 am

January 22, 2026, 1:49 pm

January 22, 2026, 6:13 am

SAINT PAUL, MN 55131
January 21, 2026, 10:53 pm

SAINT PAUL, MN 55131
January 21, 2026, 4:29 pm

SAINT PAUL, MN 55108
January 21, 2026, 12:32 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers 🔍

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



Copyright © 2026 USPS. All Rights Reserved.

# EXHIBIT D

Matt Ehling
President
The Forum for Constitutional Rights (FCR)
1539 Grand Ave.
St. Paul, MN 55105

January 26, 2026

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, SW, Stop 5009
Washington, DC 20536-5009
ice-foia@ice.dhs.gov

Via US. Post and electronic mail


Dear FOIA official,

On January 19, 2026, FCR drafted a Freedom of Information Act request ("Request") for submission to your agency (please see copy, attached). FCR submitted the Request via electronic mail ("e-mail") on January 19, 2026, and sent a physical copy of the Request to your agency on January 21, 2026 (please see attached copy of the U.S. Postal Service certified mail slip associated with the Request).

The U.S. Postal Service website indicates that delivery was attempted on January 24, 2026, but was not completed due to the fact that your agency's office was closed. The U.S. Postal Service website also indicates that delivery will be attempted again on January 26, 2026.

Through this letter, FCR seeks to ensure that your agency has received an electronic copy of the Request, in addition to the physical copy. After the Request was submitted by e-mail on January 19, 2026, FCR received a rejection notice from the e-mail address that the Request had been submitted to.

This letter serves as notice that FCR is submitting a copy of the Request to a secondary FOIA e-mails address for your agency, as well as through the ICE FOIA portal. These submissions are occurring on January 26, 2026 — the same business day that agency personnel will receive the hard copy of the Request sent by certified mail. FCR has taken these steps to ensure that your agency also possesses an electronic copy of the Request.

I am FCR's representative for the purposes of managing this Request, and can be contacted with any questions about the scope of the Request, or any other questions that will help your agency locate records responsive to the Request. I can be reached at the contact information listed below:

Matt Ehling
President, FCR
651-556-1381
info@forumforconstitutionalrights.com
1539 Grand Avenue
St. Paul, MN 55105

Sincerely,

/s/Matt Ehling,
President, FCR

# EXHIBIT E

## My Requests

| Actions | Submitted Date ↓ | Request Number | Request Description | Agency | Component | Fee Waiver Requested? | Expedited Processing? |
|---|---|---|---|---|---|---|---|
| ⊗ | 01/26/2026 | Pending | Dear FOIA official, ... | Department of Homeland Security | U.S. Immigration & Customs Enforcement | Pending Decision | Not Requested |

20 rows   |◁  ◁  1-1 of 1  ▷  ▷|



# EXHIBIT F



SecureRelease™ Portal

**DETAILS**    CONTACT INFORMATION    DOCUMENTS    MESSAGES    APPEALS

Request Number:  2026-ICFO-13691

**Details of Request**
(Read only details of request)

CANCEL

**Request Description:**  Dear FOIA official, FCR is submitting this request (the "Request") to your agency under 5 U.S.C. § 552, the "Freedom of Information Act." Through this Request, FCR is seeking copies of the following records maintained by your agency: 1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation"); 2. Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations; 3. Any and all records that document rules of engagement and/or use of force to be used during the Operation; 4. Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders; 5. Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops; 6. Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation; 7. Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation; 8. Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation; 9. Any and all correspondence created, transmitted and/or received by John Condon, Acting Executive Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026; 10. Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, on January 6-19, 2026; 11. Any and all correspondence created, transmitted and/or received by Kristi Noem, Secretary of the U.S. Department of Homeland Security, on January 6-19, 2026; 12. Any and all correspondence created, transmitted and/or received by Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026; 13. Any and all correspondence created, transmitted and/or received by David Easterwood, Acting Director of the St. Paul Field Office of U.S. Immigration and Customs Enforcement on January 6-19, 2026; 14. Any and all incident reports or similar records created between January 6-19, 2026 that document: a) the detention and/or arrest of individuals during the Operation; b) the use of force by federal personnel during the Operation; c) other encounters between federal personnel and individuals during the Operation; Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Items 9-13, which specifically seek correspondence. In order to help you determine FCR's status for the purpose of assessing fees, you should know that this Request is made as part of news gathering, and is not for commercial use. Responsive files will be shared with researchers, journalists, and the public, and will not be licensed for profit. FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law. I am FCR's representative for the purposes of managing the Request, and can be contacted at 651-556-1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request. Sincerely, /s/Matt Ehling President, The Forum for Constitutional Rights

**Fee Waiver Requested? :**  Pending Decision

**Reason for Fee Waiver:**  FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law.

**Expedited Processing?:**  Not Requested

**Reason for Expedited Processing:**  -

**Agency:**  Department of Homeland Security

**Component:**  U.S. Immigration & Customs Enforcement

**Processing Track:**  Simple

**Request Type:**  FOIA Request

**Submitted Date:**  01/26/2026

**Request Status:**  Initial Determination

**Identity Verification Status:**  Not Requested by Agency

**Additional Information**
(Additional details or clarifications of request.)

**Request Designation:**  Other (I am not requesting records about a person)

**Files uploaded by user**
Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
|---|---|
| FOIA letter 1:26:26.pdf | General Documentation |

5 rows    |<    <    1-1 of 1    >    >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE    COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2026 Powered by Deloitte

# EXHIBIT G

Matt Ehling
President
The Forum for Constitutional Rights (FCR)
1539 Grand Ave.
St. Paul, MN 55105

January 27, 2026

U.S. Customs and Border Protection
Freedom of Information Act Office
1300 Pennsylvania Avenue N.W.
Mail Stop 1181
Washington, DC 20229-1181
cbpfoiapublicliaison@cbp.dhs.gov

Via electronic mail; FOIA portal

**RE:  Freedom of Information Act request**

Dear FOIA official,

FCR is submitting this request (the "Request") to your agency under 5 U.S.C. § 552, the "Freedom of Information Act."  Through this Request, FCR is seeking copies of the following records maintained by your agency:

1.   Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation");

2.   Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations;

3.   Any and all records that document rules of engagement and/or use of force to be used during the Operation;

4.   Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders;

5.  Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops;

6.  Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation;

7.  Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation;

8.  Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation;

9.  Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, between January 6-27, 2026, including but not limited to correspondence with Kristi Noem, Secretary of the U.S. Department of Homeland Security;

10.  Any and all body worn camera data captured by Customs and Border Protection Personnel involved in lethal use of force actions in Minneapolis on January 24, 2026;

11.  Any and all incident reports or similar records created between January 6-27, 2026 that document:

> a) the detention and/or arrest of individuals during the Operation;
>
> b) the use of force by federal personnel during the Operation;
>
> c) other encounters between federal personnel and individuals during the Operation.

Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Item 9, which specifically seeks correspondence.

In order to help you determine FCR's status for the purpose of assessing fees, you should know that this Request is made as part of news gathering, and is not for commercial use.

Responsive files will be shared with researchers, journalists, and the public, and will not be licensed for profit.

FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States.

If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice.  If fees are estimated to exceed this amount, please notify FCR first.  If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law.

I am FCR's representative for the purposes of managing the Request, and can be contacted at 651-556-1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request.

Sincerely,

/s/Matt Ehling
President, The Forum for Constitutional Rights

# EXHIBIT H

## Freedom of Information Act Request



| | | |
|---|---|---|
| **From** | <info@forumforconstitutionalrights.com> |
| **To** | <cbpfoiapublicliaison@cbp.dhs.gov> |
| **Date** | 2026-01-27 08:09 |

📄 FCR CBP request 012726.pdf (~68 KB)

Dear FOIA official,

Please find attached a Freedom of Information Act Request directed to U.S. Customs and Border Protection.  The Request is being submitted on behalf of The Forum For Constitutional Rights ("FCR"), a Minnesota public benefit corporation.

A copy of this Request has also been submitted via the FOIA portal associated with your agency.

I am FCR's representative for the purposes of managing the Request, and can be contacted at 651–556–1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request.

Sincerely,

Matt Ehling
Pesident, FCR

# EXHIBIT I



An official website of the United States government
Here's how you know



# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2708596

# Success!

## Your FOIA request has been created and is being sent to the U.S. Customs & Border Protection.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

Sabrina Burroughs , FOIA Officer

202-325-0150

FOIA Requester Service Center

202-325-0150

Charlyse Hoskins , FOIA Public Liason

202-325-0150

cbpfoiapublicliaison@cbp.dhs.gov

Freedom of Information Act Office, U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW, Mail Stop 1181
Washington, DC 20229-1181

# Request summary

Request submitted on**January 27, 2026**.

The confirmation ID for your request is **2708596**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Matt Ehling

**Mailing address**
1539 Grand Avenue
Saint Paul, MN 55105
United States

**Phone number**
651-556-1381

**Company/organization**

The Forum for Constitutional Rights

**Email**

info@forumforconstitutionalrights.com

---

# Your request

Matt Ehling President The Forum for Constitutional Rights (FCR) 1539 Grand Ave. St. Paul, MN 55105 January 27, 2026 U.S. Customs and Border ProtectionFreedom of Information Act Office1300 Pennsylvania Avenue N.W. Mail Stop 1181Washington, DC 20229-1181 cbpfoiapublicliaison@cbp.dhs.gov Via electronic mail; FOIA portal RE: Freedom of Information Act request Dear FOIA official, FCR is submitting this request (the "Request") to your agency under 5 U.S.C. § 552, the "Freedom of Information Act." Through this Request, FCR is seeking copies of the following records maintained by your agency: 1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation"); 2. Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations; 3. Any and all records that document rules of engagement and/or use of force to be used during the Operation; 4. Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders; 5. Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops; 6. Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation; 7. Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation; 8. Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the

Operation; 9. Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, between January 6-27, 2026, including but not limited to correspondence with Kristi Noem, Secretary of the U.S. Department of Homeland Security; 10. Any and all body worn camera data captured by Customs and Border Protection Personnel involved in lethal use of force actions in Minneapolis on January 24, 2026; 11. Any and all incident reports or similar records created between January 6-27, 2026 that document: a) the detention and/or arrest of individuals during the Operation; b) the use of force by federal personnel during the Operation; c) other encounters between federal personnel and individuals during the Operation. Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Item 9, which specifically seeks correspondence. In order to help you determine FCR's status for the purpose of assessing fees, you should know that this Request is made as part of news gathering, and is not for commercial use. Responsive files will be shared with researchers, journalists, and the public, and will not be licensed for profit. FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law. I am FCR's representative for the purposes of managing the Request, and can be contacted at 651-556-1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request. Sincerely, /s/Matt Ehling President, The Forum for Constitutional Rights

## Additional information

FCR CBP request 012726.pdf

# Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law.

**The amount of money you're willing to pay in fees, if any**
$25.00

# Request expedited processing

**Expedited processing**
no


**FOIA.gov**

## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬚ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ⬚

# EXHIBIT J

**SecureRelease™ Portal**

DETAILS | CONTACT INFORMATION | DOCUMENTS | MESSAGES | APPEALS

Request Number: CBP-FO-2026-052379

**Details of Request**
(Read only details of request)

CREATE APPEAL    CANCEL

**Request Description:** Matt Ehling President The Forum for Constitutional Rights (FCR) 1539 Grand Ave. St. Paul, MN 55105 January 27, 2026 U.S. Customs and Border ProtectionFreedom of Information Act Office1300 Pennsylvania Avenue N.W. Mail Stop 1181Washington, DC 20229-1181 cbpfoiapublicliaison@cbp.dhs.gov Via electronic mail; FOIA portal RE: Freedom of Information Act request Dear FOIA official, FCR is submitting this request (the "Request") to your agency under 5 U.S.C. § 552, the "Freedom of Information Act." Through this Request, FCR is seeking copies of the following records maintained by your agency: 1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation"); 2. Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations; 3. Any and all records that document rules of engagement and/or use of force to be used during the Operation; 4. Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders; 5. Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops; 6. Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation; 7. Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation; 8. Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation; 9. Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, between January 6-27, 2026, including but not limited to correspondence with Kristi Noem, Secretary of the U.S. Department of Homeland Security; 10. Any and all body worn camera data captured by Customs and Border Protection Personnel involved in lethal use of force actions in Minneapolis on January 24, 2026; 11. Any and all incident reports or similar records created between January 6-27, 2026 that document: a) the detention and/or arrest of individuals during the Operation; b) the use of force by federal personnel during the Operation; c) other encounters between federal personnel and individuals during the Operation. Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Item 9, which specifically seeks correspondence. In order to help you determine FCR's status for the purpose of assessing fees, you should know that this Request is made as part of news gathering, and is not for commercial use. Responsive files will be shared with researchers, journalists, and the public, and will not be licensed for profit. FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law. I am FCR's representative for the purposes of managing the Request, and can be contacted at 651-556-1381, info@forumforconstitutionalrights.com, or via U.S. post if you need to discuss any aspect of this Request. Sincerely, /s/Matt Ehling President, The Forum for Constitutional Rights

**Fee Waiver Requested? :** Not Billable

**Reason for Fee Waiver:** FCR is seeking a waiver of fees for this request, since the public dissemination of the requested materials will aide the public's understanding of your agency's role in Operation Metro Surge, an agency activity that has generated substantial public attention and inquiry in the State of Minnesota and across the United States. If FCR's fee waiver is denied, FCR is willing to pay fees of up to $25.00 without prior notice. If fees are estimated to exceed this amount, please notify FCR first. If this request is denied in whole or in part, please notify FCR of the legal basis for the denial, as well as all appeals procedures available under law.

**Expedited Processing?:** Not Requested

**Agency:** Department of Homeland Security

**Component:** U.S. Customs & Border Protection

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 01/27/2026

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

**Reason for Expedited Processing:** -

**Files uploaded by user**
Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
|---|---|
| FCR CBP request 012726.pdf | General Documentation |

5 rows    |<  <  1-1 of 1  >  >|

# EXHIBIT K

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 32 of 63

## CBP FOIA - CBP-FO-2026-052379



| | | |
|---|---|---|
| **From** | <noreply@securerelease.us> |
| **To** | <info@forumforconstitutionalrights.com> |
| **Reply-To** | <cbpfoia@cbp.dhs.gov> |
| **Date** | 2026-03-04 13:30 |

## CBP FOIA - CBP-FO-2026-052379

| | | |
|---|---|---|
| **From** | <noreply@securerelease.us> |
| **To** | <info@forumforconstitutionalrights.com> |
| **Reply-To** | <cbpfoia@cbp.dhs.gov> |
| **Date** | 2026-03-04 13:30 |

Matt Ehling
The Forum for Constitutional Rights
1539 Grand Avenue
Saint Paul, Minnesota 55105

03/04/2026

CBP-FO-2026-052379

Dear Matt Ehling:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 1/27/2026, in which you requested the following: "1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation");

2.  Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations;

3.  Any and all records that document rules of engagement and/or use of force to be used during the Operation;

4.  Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders;

5.   Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops;

6.   Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation;

7.  Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation;

8.  Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the         Operation;

9.  Any and all correspondence created, transmitted and/or received by Gregory Bovino,  Commander of the U.S. Border Patrol, between January 6-27, 2026, including but not limited to correspondence with Kristi Noem, Secretary of the U.S. Department of Homeland Security;

10.  Any and all body worn camera data captured by Customs and Border Protection Personnel involved in lethal use of force actions in Minneapolis on January 24, 2026;

11.  Any and all incident reports or similar records created between January 6-27, 2026 that document:

a) the detention and/or arrest of individuals during the Operation;

b) the use of force by federal personnel during the Operation;

c) other encounters between federal personnel and individuals during the Operation.

Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Item 9, which specifically seeks correspondence."

Please use the following unique FOIA tracking number CBP-FO-2026-052379 to track the status of your request.  If you have not already done so, you must create a SecureRelease account. This is the only method available to check the status of your pending FOIA request.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).  As the subject matter of your request is of substantial interest to two or more components of CBP or of substantial interest to another agency, we will need to consult with those entities before we issue a final response.  Due to these unusual circumstances, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests.  We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 34 of 63

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

# EXHIBIT L

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 36 of 63

**Re: ICE FOIA 2026-ICFO-13691 Clarification Request**



**From**   <info@forumforconstitutionalrights.com>

**To**    <ice-foia@ice.dhs.gov>

**Date**   2026-05-08 14:07

Hello,

Thank you for your correspondence. I will send further details in response to your questions on Monday or Tuesday of next week.

Sincerley,

Matt Ehling, FCR

**Re: ICE FOIA 2026-ICFO-13691 Clarification Request**



**From**   <info@forumforconstitutionalrights.com>

**To**    <ice-foia@ice.dhs.gov>

**Date**   2026-05-08 14:07

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 37 of 63

On 2026-05-07 12:39, ice-foia@ice.dhs.gov wrote:

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 38 of 63

05/07/2026

Matt Ehling
1539 Grand Avenue
Saint Paul, Minnesota 55105

RE:    ICE FOIA Case Number 2026-ICFO-13691

Dear Requester:

This e-mail is in regards to your 1/26/2026 ICE FOIA request for
records related to 1. Any and all records that document the "concept
of operations" and/or mission plan for "Operation Metro Surge"
and/or related immigration enforcement operations that were active in
the State of Minnesota starting on or about December 4, 2025 (the
"Operation");

2. Any and all records that constitute training materials for the
Operation, including but not limited to training materials related to
use of force, search and seizure, and media relations;

3. Any and all records that document rules of engagement and/or use of
force to be used during the Operation;

4. Any and all records that document modifications made to the rules
of engagement and/or use of force used during the Operation, including
but not limited to modifications made in response to court orders;

5. Any and all records that document rules governing the execution of
warrants and/or searches and seizures, including door-to-door searches
and vehicle stops;

6. Any and all records that document staffing for the Operation,
including volunteer recruitment and/or activation;

7.
Any and all records that document guidance, policies, or similar
regarding the capture and/or recording of video and/or photographic
material by government employees and/or volunteers participating in
the Operation;

8.  Any and all records that document guidance, policies, or similar
regarding the use of social media by government employees and/or
volunteers participating in the Operation;

9.  Any and all correspondence created, transmitted and/or received by
John Condon, Acting Executive Director of U.S. Immigration and Customs
Enforcement on January 6-19, 2026;

10.  Any and all correspondence created, transmitted and/or received
by Gregory Bovino, Commander of the U.S. Border Patrol, on January
6-19, 2026;

11.  Any and all correspondence created, transmitted and/or received
by Kristi Noem, Secretary of the U.S. Department of Homeland Security,
on January 6-19, 2026;

12.  Any and all correspondence created, transmitted and/or received
by Todd Lyons, Acting Director of U.S. Immigration and Customs
Enforcement on January 6-19, 2026;

13.  Any and all correspondence created, transmitted and/or received
by David Easterwood, Acting Director of the St. Paul Field Office of
U.S. Immigration and Customs Enforcement on January 6-19, 2026;

14.  Any and all incident reports or similar records created between
January 6-19, 2026 that document:

a) the detention and/or arrest of individuals during the Operation;

b) the use of force by federal personnel during the Operation;

c) other encounters between federal personnel and individuals during
the Operation;

Please note that the records sought by Items 1-8 of the Request are
inclusive of "correspondence", in addition to Items 9-13, which

specifically...

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request referenced below:

#1 – Please clarify specific documentation you are seeking

#2 – Please clarify the "training materials" portion. What specific materials are you seeking? The Use of Force Handbook is publicly available here:
https://www.ice.gov/doclib/foia/policy/uofHandbook_10242023.pdf

#3– The Use of Force Handbook is publicly available here:
https://www.ice.gov/doclib/foia/policy/uofHandbook_10242023.pdf

#4–The Use of Force Handbook is publicly available here:
https://www.ice.gov/doclib/foia/policy/uofHandbook_10242023.pdf

#6– Please clarify the specific records you seek and provide a date range

#7 – Please clarify and specify what you are referring to

#8 – Please clarify. Are you seeking social media posts from "official" social media accounts? Can you provide an example of what you are seeking?

#9 – Overly broad. Please provide keywords you would like searched

#10 – This information is not under ICE purview. You may wish to reach out to U.S. Customs and Border Protection (CBP) to request this information. The following is CBP's contact information:  Freedom of Information Act Office, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue NW , Washington, D.C 20229–1181, Mail Stop 1181 or (202) 325–0150.

#11 – This information is not under ICE purview. You may wish to reach out to Department of Homeland Security (DHS) to request this information. The following is DHS's contact information: DHS Privacy Office, Mail Stop 0655, 2707 Martin Luther King Jr. AVE SE, Washington, DC 20528–0655, DHSFOIAPublicLiaison@hq.dhs.gov, Phone: 202–343–1743 or 866–431–0486

#12 – Overly Broad. Please provide recipients of correspondence and/or keywords to search

#13–Overy Broad. Please provide recipients of correspondence and/or keywords to search

#14 – Please clarify what type of incident reports you are seeking.

Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 calendar days, your request will be administratively closed.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536–5009

# EXHIBIT M

Matt Ehling
President
The Forum for Constitutional Rights (FCR)
1539 Grand Ave.
St. Paul, MN 55105

May 9, 2026

U.S. Customs and Border Protection
FOIA Appeals, Policy and Litigation Branch
1300 Pennsylvania Avenue N.W.
Mail Stop 1181
Washington, DC 20229

Via electronic mail; FOIA portal; U.S. Mail

### RE:  Freedom of Information Act Appeal:  CBP-FO-2026-052379

Dear FOIA Appeals official,

On January 27, 2026, The Forum for Constitutional Rights ("FCR") submitted a Freedom of Information Act ("FOIA") request to your agency (the "Request"). Through this Request, FCR sought copies of the following records maintained by your agency:

1.  Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation");

2.  Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations;

3.  Any and all records that document rules of engagement and/or use of force to be used during the Operation;

4.  Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders;

5.  Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops;

6.  Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation;

7.  Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation;

8.  Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation;

9.  Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, between January 6-27, 2026, including but not limited to correspondence with Kristi Noem, Secretary of the U.S. Department of Homeland Security;

10. Any and all body worn camera data captured by Customs and Border Protection Personnel involved in lethal use of force actions in Minneapolis on January 24, 2026;

11. Any and all incident reports or similar records created between January 6-27, 2026 that document:

        a) the detention and/or arrest of individuals during the Operation;

        b) the use of force by federal personnel during the Operation;

        c) other encounters between federal personnel and individuals during the Operation.

FCR noted that the Request was made as part of news gathering, and sought a waiver of fees, since the public dissemination of the requested materials would aide the public's understanding of your agency's role in the Operation. FCR noted that if its fee waiver was denied, it was willing to pay fees of up to $25.00 without prior notice.

A copy of the Request is attached to this letter for your reference.

The Request was submitted via the FOIA.gov "FOIA portal" and FCR notified your agency of its submission on the same day, via an e-mail sent to:

cbpfoiapublicliaison@cbp.dhs.gov

Please see copies of the relevant documentation, attached for reference.  The confirmation number for the FOIA portal submission was **2708596**.  The FOIA tracking number assigned by your agency was **CBP-FO-2026-052379,** in correspondence dated March 4, 2026.  The FOIA Portal shows the "submitted date" as January 27, 2026.  Please see copies of the relevant documentation, attached for reference.

**Expiration of twenty-day statutory response time**
5 U.S.C. § 552(6)(A)(i) requires federal agencies to make a determination about the release of records requested under the FOIA within twenty business days, and also to notify the requester of that determination.  Over twenty business days have elapsed since the Request was received.

**Ten-day extension of twenty-day statutory response time**
5 U.S.C. § 552(6)(B)(i) allows for an up to ten-day extension of the normal twenty-day response time due to "unusual circumstances" as described in 5 U.S.C. § 552(6)(B)(iii).  Such an extension requires the agency to provide written notification of the extension.  In its March 4, 2026 correspondence, your agency provided written notice that it was seeking a 10-day extension, since the Request was "of substantial interest to two or more components of CBP, and of substantial interest to another agency."

Since March 4, 2026, over ten days have elapsed.

**Administrative review sought**
As of the date of this writing, both the twenty-day statutory response time and the ten-day extension for "unusual circumstances" have elapsed, and no responsive records have been produced.  FCR is seeking administrative review of your agency's "no records" response as provided for in your agency's "FOIA Appeals" process, outlined at:

https://www.cbp.gov/site-policy-notices/foia/faq-foia

**Result sought**
Through the administrative appeals process, FCR is seeking to receive copies of records responsive to the categories outlined in the Request.  If you have additional questions regarding this matter, I can be contacted at 651-556-1381; via e-mail at info@forumforconstitutionalrights.com; or via U.S. Post.  If you wish to discuss the

Request so as to narrow or clarify any particular category of records sought, please contact me at your earliest convenience.

Sincerely,

/s/ Matt Ehling
President, The Forum for Constitutional Rights

# EXHIBIT N

Matt Ehling
President
The Forum for Constitutional Rights (FCR)
1539 Grand Ave.
St. Paul, MN 55105

May 15, 2026

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, DC 20536-5009

**Via Secure Release portal**

Dear FOIA official,

Thank you for your correspondence of May 7, 2026, requesting supplemental information related to FCR's January 19, 2026 Freedom of Information Act (FOIA) Request, numbered 2026-ICFO-13691.

Via this letter, FCR is providing the additional information you have requested, organized according to the Item numbers contained in FCR's Request:

1.  Your agency asked for "specific documentation" that FCR is seeking pertaining to Item 1. Responsive records would include any memoranda, planning documents, correspondence, Power Point presentations, or written orders that describe the following information:

> a) the nature of the detentions and/or arrests sought through the Operation;
> b) the number of detentions and/or arrests sought through the Operation;
> c) the tactics to be used to identify prospective persons targeted for detention and/or arrest during the Operation; d) the outcome and/or goals sought through the Operation; e) the tactics to be used to identify persons protesting or observing the Operation; f) the tactics to be used to respond to persons protesting or observing the Operation; g) the tactics to be used to identify and/or record information about persons commenting on or otherwise discussing the Operation via the internet; h) the proposed duration of the Operation; i) the facilities at which detained or arrested persons would be housed; j) metrics by which the success of the Operation would be measured.

2.  Your agency asked for clarification regarding the "training materials" sought through Item 2. Responsive records would include any memoranda, planning documents, correspondence, Power Point presentations, or written orders that describe the following information:

a) rules and/or tactics to be used in identifying persons to be targeted for detention and/or arrest; b) "rules of engagement" or related tactics for detaining and/or arresting persons located in automobiles; c) "rules of engagement" or related tactics for detaining and/or arresting persons located inside private businesses; d) "rules of engagement" or related tactics for detaining and/or arresting persons located in private homes; e) guidance on search and seizure, beyond the rules or tactics described in Items 2(a)-(d); f) "rules of engagement" and/or tactics for dealing with protesters present near agency operations; g) "rules of engagement" and/or tactics for dealing with observers and/or members of the media present near agency operations; h) if not included in Items 2(f)-(g), standard notices or instructions to be provided to protesters, observers, or other persons following agency personnel or vehicles; i) instructions related to the video recording and/or photographing of neighborhoods in which the Operation was being conducted; j) instructions related to the video recording and/or photographing of detained and/or arrested persons; k) instructions related to the video recording and/or photographing of protestors, members of the media, and/or others observing the Operation.

3.  In response to Item 3, your agency provided a link to an on-line copy the agency's "Use of Force Handbook."  In addition, responsive records would include any memoranda, planning documents, correspondence, Power Point presentations, or written orders that describe the following information:

a) "rules of engagement" or tactics describing approved uses of force that were disseminated to participants in the Operation between December 4, 2025 and January 19, 2026.

4.  In response to Item 4, your agency provided a link to an on-line copy the agency's "Use of Force Handbook."  In addition, responsive records would include any memoranda, planning documents, correspondence, Power Point presentations, or written orders that describe the following information:

Changes to use of force "rules of engagement" or tactics disseminated to participants in the Operation between January 1, 2026 and January 19, 2026.

6.  Your agency asked for additional clarification regarding the "specific records" sought, including a data range.  Responsive records would include memoranda or correspondence that describe the following information:

a) how and whether "new hires" were made specifically for the Operation; b) how agency personnel employed as of December 4, 2025 were selected for the Operation; c) how and whether agency personnel employed as of December 4, 2025 volunteered to participate in the Operation.

Responsive records would also include audiovisual and/or written materials used to recruit or encourage persons to participate in and/or volunteer for the Operation.

The date range for all Item 6 records would be August 1, 2025 to December 4, 2025.

7.  Your agency asked for additional clarification regarding the records that are being sought through Item 7.  Responsive records would include guidance, policies, or similar, relating to:

a) the video recording and/or photographing of neighborhoods in which the Operation was being conducted; b) the video recording and/or photographing of detained and/or arrested persons; c) the video recording and/or photographing of protestors, members of the media, and/or others observing the Operation.

8.  Your agency asked for additional clarification regarding the records that are being sought through Item 8.  Responsive records would be limited to:

a) "records [including correspondence], guidance, policies, or similar regarding the use of" agency-controlled social media accounts to disseminate information about the Operation; and b) "records [including correspondence], guidance, policies, or similar regarding" the collection of audiovisual material during the Operation for dissemination on agency-controlled social media accounts.

An example would be the cell phone video footage of the interaction between Minneapolis resident Renee Good and agency personnel that was disseminated by your agency in the wake of the shooting incident involving Renee Good.  Item 8 seeks to discover the guidance, policies, or similar that governed how this video — and/or other videos documenting agency-protester interactions — came to be collected by your agency, and then posted on social media.

9.  Your agency asked for keywords to be searched for in relation to Item 9.  Keyword search terms that would produce responsive records would include:

"Car stops; vehicle stops; pedestrian stops; home searches; business searches; home entry; business entry; protest; protestor; reporter; media; gas; rubber bullets; surveillance; situational awareness; domestic terrorist; domestic terrorism; detention; arrest; drone; database; license plate reader; license plate data; Palantir; Renee Good."

12.  Your agency asked for keywords to be searched for in relation to Item 12.  Keyword search terms that would produce responsive records would include:

"Car stops; vehicle stops; pedestrian stops; home searches; business searches; home entry; business entry; protest; protestor; reporter; media; gas; rubber bullets; surveillance; situational awareness; domestic terrorist; domestic terrorism; detention; arrest; drone; database; license plate reader; license plate data; Palantir; Renee Good."

13.  Your agency asked for keywords to be searched for in relation to Item 13.  Keyword search terms that would produce responsive records would include:

> "Car stops; vehicle stops; pedestrian stops; home searches; business searches; home entry; business entry; protest; protestor; reporter; media; gas; rubber bullets; surveillance; situational awareness; domestic terrorist; domestic terrorism; detention; arrest; drone; database; license plate reader; license plate data; Palantir; Renee Good."

14.  Your agency asked for the types of incident reports sought through Item 14.

> Records responsive to Items 14 (a) and (b) would be incident reports created by agency personnel during the Operation that describe the information sought in Items 14 (a) and (b).

> Records responsive to Item 14 (c) would be incident reports created by agency personnel during the Operation that documented interactions with a) members of the media; b) persons video recording and/or photographing the Operation who were not members of the media; c) persons following agency vehicles.

Please let me know if your agency requires any more information related to FOIA Request 2026-ICFO-13691.

Sincerely,

/s/Matt Ehling, FCR

# EXHIBIT O

 

## ☰  SecureRelease™ Portal





Request Number:          2026-ICF(

**Messages**

  2026-ICFO-13691 - Supplemental information sought by your agency for FOIA Request 2027-ICFO-13691                05/15/
Please see attached letter for details.                                                                                   Clarificati

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE     COOKIE SETTINGS     GOVERNMENT SYSTEM NOTICE                © 202

# EXHIBIT P

## Remand, CBP-AP-2026-006875



| | |
|---|---|
| **From** | \<noreply@securerelease.us\> |
| **To** | \<info@forumforconstitutionalrights.com\> |
| **Reply-To** | \<noreply@cbp.dhs.gov\> |
| **Date** | 2026-06-02 07:41 |

OT:RR:RDL
CBP-AP-2026-006875

06/02/2026

Matt Ehling
1539 Grand Avenue
Saint Paul, Minnesota 55105

Dear Matt Ehling:

This message responds to the administrative appeal you filed with this office challenging U.S. Customs and Border Protection's ("CBP") failure to respond to a Freedom of Information Act ("FOIA") request you submitted to the agency on 1/27/2026. By this letter, we concur with your assessment, and advise you that your FOIA request is currently being processed by FOIA Division. **Any questions regarding the status of your FOIA request should be directed to the FOIA Public Liaison at 202-325-0150 or by email at cbpfoiapublicliaison@cbp.dhs.gov. When communicating refer to tracking number CBP-FO-2026-052379.**

In your initial request, you sought records regarding Metro Surge. As of 06/02/2026 FOIA Division, the office responsible for responding to initial FOIA requests, has not yet responded to your request. In your appeal, you contend that the agency has failed to provide a timely response within the statutorily provided guidelines. We concur. The FOIA itself requires that each agency, absent unusual or exceptional circumstances, "determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request." 5 U.S.C. § 552 (a)(6)(A)(i). FOIA also permits a 10-day extension of this time period in certain circumstances. As CBP's FOIA Division has not responded to your FOIA request within this statutory timeframe, we agree that the agency is delinquent in responding to your request.

However, we find that an administrative appeal is an inappropriate cure in this instance. Indeed, a requester "shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph." 5 U.S.C. § 552(a)(6)(C)(i). Instead, a lack of response during the applicable time limit provisions allows a requester to proceed directly to district court. This determination is consistent with the language of the FOIA itself and the DHS regulations governing FOIA requests.

Under the FOIA's administrative appeal provision, a requester has the right to administratively appeal any adverse determination that an agency makes on his or her FOIA request. See 5 U.S.C. § 552 (a)(6)(A). **Under DHS regulations, adverse determinations include denials of records in full or in part, "no records" responses, denials of requests for fee waivers and denials of requests for expedited processing. See 6 CFR 5.6(c). We note that the definition does not explicitly include a failure to respond.**

The administrative appeal process is important to agencies and requesters because the appeal process provides an agency with an opportunity to review its initial action taken in response to a request to determine whether corrective steps are necessary. The appeals process allows CBP to correct mistakes made at lower levels and thereby obviates unnecessary judicial review. In this case, there is no administrative record to review because FOIA Division has not yet processed the request. Accordingly, we are remanding your request to FOIA Division for processing.

As mentioned above, you may immediately challenge FOIA Division's failure to respond to your request in district court. Pursuant to 5 U.S.C. §552(a)(4)(B), you may do so in the U.S. District Court in the district in which you reside or have a principle place of business, or in

6/2/26, 9:06 AM

which the agency records are situated, or in the U.S. District Court for the District of Columbia.

Alternatively, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,
CBP FOIA Appeals

# EXHIBIT Q

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 56 of 63

## ICE FOIA 2026-ICFO-13691



| | | |
|---|---|---|
| **From** | <noreply@securerelease.us> | |
| **To** | <info@forumforconstitutionalrights.com> | |
| **Reply-To** | <ice-foia@ice.dhs.gov> | |
| **Date** | 2026-06-11 11:41 | |



| | | |
|---|---|---|
| **From** | <noreply@securerelease.us> | |
| **To** | <info@forumforconstitutionalrights.com> | |
| **Reply-To** | <ice-foia@ice.dhs.gov> | |

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 57 of 63

06/11/2026

Matt Ehling
1539 Grand Avenue
Saint Paul, Minnesota 55105

RE:       ICE FOIA Case Number 2026-ICFO-13691

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 1/26/2026, and to your request for a waiver of all assessable FOIA fees. Your request was received in this office on 1/26/2026. Specifically, you requested 1. Any and all records that document the "concept of operations" and/or mission plan for "Operation Metro Surge" and/or related immigration enforcement operations that were active in the State of Minnesota starting on or about December 4, 2025 (the "Operation");

2. Any and all records that constitute training materials for the Operation, including but not limited to training materials related to use of force, search and seizure, and media relations;

3. Any and all records that document rules of engagement and/or use of force to be used during the Operation;

4. Any and all records that document modifications made to the rules of engagement and/or use of force used during the Operation, including but not limited to modifications made in response to court orders;

5. Any and all records that document rules governing the execution of warrants and/or searches and seizures, including door-to-door searches and vehicle stops;

6. Any and all records that document staffing for the Operation, including volunteer recruitment and/or activation;

7.
Any and all records that document guidance, policies, or similar regarding the capture and/or recording of video and/or photographic material by government employees and/or volunteers participating in the Operation;

8.  Any and all records that document guidance, policies, or similar regarding the use of social media by government employees and/or volunteers participating in the Operation;

9.  Any and all correspondence created, transmitted and/or received by John Condon, Acting Executive Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

10.  Any and all correspondence created, transmitted and/or received by Gregory Bovino, Commander of the U.S. Border Patrol, on January 6-19, 2026;

11.  Any and all correspondence created, transmitted and/or received by Kristi Noem, Secretary of the U.S. Department of Homeland Security, on January 6-19, 2026;

12.  Any and all correspondence created, transmitted and/or received by Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

13.  Any and all correspondence created, transmitted and/or received by David Easterwood, Acting Director of the St. Paul Field Office of U.S. Immigration and Customs Enforcement on January 6-19, 2026;

14.  Any and all incident reports or similar records created between January 6-19, 2026 that document:

a) the detention and/or arrest of individuals during the Operation;

b) the use of force by federal personnel during the Operation;

c) other encounters between federal personnel and individuals during the Operation;

Please note that the records sought by Items 1-8 of the Request are inclusive of "correspondence", in addition to Items 9-13, which specifically seek correspondence.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10- day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

CASE 0:26-cv-03046-ECT-DJF    Doc. 1-1    Filed 06/23/26    Page 58 of 63

In addition, ICE acknowledges that your FOIA request includes a request for fee waiver. We will adjudicate this request only if the agency is allowed to assess fees under the FOIA. See 6 C.F.R. § 5.11(c)-(d). If this is the case, you will be notified of our decision in a separate communication. If there are no assessable fees, your request for a fee waiver will be moot and you will not receive further communications from ICE regarding fees related to this FOIA request.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions, please contact the FOIA Public Liaison at ICEFOIAPublicLiaison@ice.dhs.gov or (866) 633-1182.  Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2026-ICFO-13691. Please use this number in future correspondence.


Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

# EXHIBIT R

## Re: ICE FOIA 2026-ICFO-13691



| | |
|---|---|
| **From** | &lt;info@forumforconstitutionalrights.com&gt; |
| **To** | &lt;ice-foia@ice.dhs.gov&gt; |
| **Date** | 2026-06-12 15:37 |

📄 2Roundcube Webmail __ Re_ ICE FOIA 2026-ICFO-13691 Clarification Request.pdf (~78 KB)    📄 FCR letter to ICE FOIA May 15, 2026.pdf (~61 KB)

📄 SecureRelease™ Portal 5:15:26.pdf (~55 KB)

Good afternoon,

Thank you for your correspondence.  I previously received notification (via the Secure Release portal) of your agency's receipt of FCR's FOIA Request on 1/26/26.  On 5/7/26, your agency contacted me about potentially narrowing the Request.  As of today, I see that FCR's fee waiver request was been granted, as noted in the Secure Release portal.

Attached is the correspondence I sent on 5/15/26 in regard to narrowing the Request.

Please know that more than thirty business days (including a ten-day extension) have elapsed since your agency's receipt of FCR's request.  In order to help expedite the production or records, please contact me with any questions regarding this matter.

Sincerely,

Matt Ehling, FCR

On 2026-06-11 11:41, ice-foia@ice.dhs.gov wrote:

06/11/2026

Matt Ehling
1539 Grand Avenue
Saint Paul, Minnesota 55105

RE:      ICE FOIA Case Number 2026-ICFO-13691

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA)
request to U.S. Immigration and Customs Enforcement (ICE), dated
1/26/2026, and to your request for a waiver of all assessable FOIA
fees. Your request was received in this office on 1/26/2026.
Specifically, you requested 1. Any and all records that document the
"concept of operations" and/or mission plan for "Operation Metro
Surge" and/or related immigration enforcement operations that were
active in the State of Minnesota starting on or about December 4, 2025
(the "Operation");

2. Any and all records that constitute training materials for the
Operation, including but not limited to training materials related to
use of force, search and seizure, and media relations;

3. Any and all records that document rules of engagement and/or use of
force to be used during the Operation;

4. Any and all records that document modifications made to the rules
of engagement and/or use of force used during the Operation, including
but not limited to modifications made in response to court orders;

5. Any and all records that document rules governing the execution of
warrants and/or searches and seizures, including door-to-door searches
and vehicle stops;

6. Any and all records that document staffing for the Operation,
including volunteer recruitment and/or activation;

7.
Any and all records that document guidance, policies, or similar
regarding the capture and/or recording of video and/or photographic
material by government employees and/or volunteers participating in
the Operation;

8.  Any and all records that document guidance, policies, or similar
regarding the use of social media by government employees and/or
volunteers participating in the Operation;

9.  Any and all correspondence created, transmitted and/or received by
John Condon, Acting Executive Director of U.S. Immigration and Customs
Enforcement on January 6-19, 2026;

10.  Any and all correspondence created, transmitted and/or received
by Gregory Bovino, Commander of the U.S. Border Patrol, on January
6-19, 2026;

11.  Any and all correspondence created, transmitted and/or received
by Kristi Noem, Secretary of the U.S. Department of Homeland Security,
on January 6-19, 2026;

12.  Any and all correspondence created, transmitted and/or received
by Todd Lyons, Acting Director of U.S. Immigration and Customs
Enforcement on January 6-19, 2026;

13.  Any and all correspondence created, transmitted and/or received
by David Easterwood, Acting Director of the St. Paul Field Office of
U.S. Immigration and Customs Enforcement on January 6-19, 2026;

14.  Any and all incident reports or similar records created between
January 6-19, 2026 that document:

a) the detention and/or arrest of individuals during the Operation;

b) the use of force by federal personnel during the Operation;

c) other encounters between federal personnel and individuals during
the Operation;

Please note that the records sought by Items 1–8 of the Request are inclusive of "correspondence", in addition to Items 9–13, which specifically seek correspondence.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10– day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide–ranging search, ICE will invoke a 10–day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

In addition, ICE acknowledges that your FOIA request includes a request for fee waiver. We will adjudicate this request only if the agency is allowed to assess fees under the FOIA. See 6 C.F.R. § 5.11(c)–(d). If this is the case, you will be notified of our decision in a separate communication. If there are no assessable fees, your request for a fee waiver will be moot and you will not receive further communications from ICE regarding fees related to this FOIA request.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions, please contact the FOIA Public Liaison at ICEFOIAPublicLiaison@ice.dhs.gov or (866) 633–1182.  Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non–exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, Maryland 20740–6001, e–mail at ogis@nara.gov; telephone at 202–741–5770; toll free at 1–877–684–6448.

Your request has been assigned reference number 2026–ICFO–13691. Please use this number in future correspondence.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536–5009